# UNITED STATES DISTRICT COURT

for the

United States of America
v.
Domingo Villari
Defendant

Case No. 25-CR-10337

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/4/25

Domingo A. Villari
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

THOMAS KERNER
*Printed name of defendant's attorney*

[signature]
*Judge's signature*

Denise J. Casper, USDJ
*Judge's printed name and title*